**Order entered November 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00007-CR
## No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F10-01183-J, F10-01184-J

## ORDER

The Court **GRANTS** appellant's November, 2014 pro se request for an extension of time to file a reply to the State's brief only to the extent that any reply is due by **DECEMBER 18, 2014**. No further extension requests will be entertained. These appeals will be submitted to the Court in January 2015.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Michael Mowla and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Senrick Wilkerson, TDCJ No. 1885146, Ramsey I Unit, 1100 F.M. 655, Rosharon, Texas 77583.

/s/    LANA MYERS
       JUSTICE